DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SHIRLEY A. O'BRIEN,**
Appellant,

v.

**EUGENE J. O'BRIEN,**
Appellee.

No. 4D2023-2446

[August 8, 2024]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Rosemarie Scher, Judge; L.T. Case No. 50-2015-DR-001496-XXXX-SB.

Catherine L. Roselli, Fort Lauderdale, for appellant.

Scott J. Brook and Elizabeth Fridman of Scott J. Brook, P.A., Coral Springs, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, CIKLIN and LEVINE, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***